1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00707-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| 2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987, | |
| Defendant. | |

The United States applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant 2011 Cadillac Escalade, VIN: 1GYS4JEF1BR263641, License

1  Number: 6NLT987 ("defendant vehicle") was seized in the city of Carmel, in Monterey
2  County, California.  The Federal Bureau of Investigation published notice of the non-
3  judicial forfeiture of the defendant vehicle on December 2, 9, and 16, 2011, in The Wall
4  Street Journal.
5       4.      The United States proposes that publication be made as follows:
6             a.      One publication;
7             b.      Thirty (30) consecutive days;
8             c.      On the official internet government forfeiture site
9  www.forfeiture.gov;
10            d.      The publication is to include the following:
11                (1)      The Court and case number of the action;
12                (2)      The date of the seizure/posting;
13                (3)      The identity and/or description of the property seized/posted;
14                (4)      The name and address of the attorney for the United States;
15                (5)      A statement that claims of persons entitled to possession or
16  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
17  and served on the attorney for the United States no later than 60 days after the first
18  day of publication on the official internet government forfeiture site; and
19                (6)      A statement that answers to the Complaint or a motion
20  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  and served within 21 days after the filing of the claims and, in the absence thereof,
2  default may be entered and condemnation ordered.

3  Dated:  3/19/12          BENJAMIN B. WAGNER
                            United States Attorney

                    By:  /s/ Kevin C. Khasigian
                         KEVIN C. KHASIGIAN
                         Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: March 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE