BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00707-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO EXTEND THE DEADLINE TO FILE A JOINT STATUS REPORT FROM MAY 25, 2012 TO JULY 10, 2012; ORDER |
| 2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987, | |
| Defendant. | |

The United States of America and claimant Martha Chartraw submit the following Stipulation to Extend the Deadline to File a Joint Status Report. No other party has appeared in this action.

**A. <u>Introduction</u>.**

On March 20, 2012, the United States filed a civil forfeiture complaint against the defendant vehicle, a 2011 Cadillac Escalade, VIN: 1GYS4JEF1BR263641, License Number: 6NLT987, alleging that it was purchased with proceeds of wire fraud violations. Specifically, the complaint alleges that Daniel Chartraw, doing business as

1  Geneva Partners, LLC, devised a scheme to obtain money by promising investors
2  ownership in a non-existent gold mining operation.  The investor-victims transferred
3  considerable sums of money to Chartraw, via intermediaries in the Eastern District of
4  California, but were never repaid or given the investment collateral – the gold.
5  Chartraw then used the fraud proceeds for personal benefit, including the purchase of
6  the 2011 Cadillac Escalade.  The complaint alleges that the defendant vehicle is
7  property that constitutes or is derived from proceeds traceable to an offense
8  constituting "specified unlawful activity," specifically, violations of 18 U.S.C. § 1343,
9  and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. §
10 981(a)(1)(C).

11     On March 21, 2012, the Court issued an "Order Requiring Joint Status Report"
12 due within "sixty days of service of the complaint on any party."  That deadline is
13 currently May 25, 2012.

14     On April 18, 2012, Martha Chartraw filed an answer in this action.  Ms.
15 Chartraw's answer was filed within the applicable statutory deadlines governing *in*
16 *rem* cases.

17     To date, no other party has appeared in the action.[1]    However, Daniel
18 Chartraw's deadline to file a claim has not yet expired because he did not avail himself
19 to service given the pending criminal actions against him.

20
21                              **B.  Good Cause**

22     There is good cause to extend the deadline to file a joint status report in this
23 case from May 25, 2012 to July 10, 2012.

24     To date, all known potential claimants to the defendant property have been
25 served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

26
27 ─────────────────────────────
   [1] Notice by publication is complete, as reflected in a declaration of publication filed
28 May 17, 2012.

1 (2002) and the applicable statutory authority.  As detailed above, one party has filed
2 an answer to the defendant vehicle.  However, one other potential claimant, Mr.
3 Chartraw, has been served but his statutory time to file a claim has not yet expired.
4 The deadline for Mr. Chartraw to file a claim is May 29, 2012.

5     The extension of time will allow Mr. Chartraw to enter the case and jointly
6 participate in drafting the Joint Status Report.  It will further allow the United States
7 and the existing claimant to contemplate a satisfactory case resolution.

8     Whereas the United States provided notice of the forfeiture complaint to
9 potential claimants but needed additional time to notice all potential claimants.  And
10 whereas the extension of time will allow all potential claimants to enter the case and
11 jointly participate in drafting the Joint Status Report.  And whereas the extension of
12 time will further allow the United States and the existing claimant to contemplate a
13 satisfactory case resolution.  There is good cause to extend the deadline to file a joint
14 status report in this case from May 25, 2012 to July 10, 2012, or to extend the deadline
15 to file a joint status report to a date the Court deems acceptable.

16

17     Respectfully submitted,
18 Dated:  5/22/12    BENJAMIN B. WAGNER
    United States Attorney
19

20     By:  /s/ Kevin C. Khasigian
    KEVIN C. KHASIGIAN
21     Assistant U.S. Attorney

22

23 Dated:  5/22/12    /s/ Martha Chartraw
    MARTHA CHARTRAW
24     Claimant

25     (Signature retained by attorney)

26 ///
27 ///
28 ///

# **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a joint status report in this case is extended from May 25, 2012 to July 10, 2012.

IT IS SO ORDERED.

Dated:  May 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE