1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916)554-2700

5 Attorneys for the United States

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE
9
EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,                     2:12-CV-00707-MCE-CKD

13           Plaintiff,

14      v.                                        STIPULATION TO EXTEND THE
                                                  DEADLINE TO FILE A JOINT
15 2011 CADILLAC ESCALADE, VIN:                   STATUS REPORT FROM MAY 25,
1GYS4JEF1BR263641, LICENSE                        2012 TO JULY 10, 2012; ORDER
16 NUMBER: 6NLT987,

17           Defendant.

18

19      The United States of America and claimant Martha Chartraw submit the

20 following Stipulation to Extend the Deadline to File a Joint Status Report.  No other

21 party has appeared in this action.

22

23                    A. __Introduction.__

24      On March 20, 2012, the United States filed a civil forfeiture complaint against

25 the defendant vehicle, a 2011 Cadillac Escalade, VIN: 1GYS4JEF1BR263641, License

26 Number: 6NLT987, alleging that it was purchased with proceeds of wire fraud

27 violations.  Specifically, the complaint alleges that Daniel Chartraw, doing business as

28

1                    Stipulation  and Order to Extend the
                                   Deadline to File a Joint Status Report

1  Geneva Partners, LLC, devised a scheme to obtain money by promising investors

2  ownership in a non-existent gold mining operation.  The investor-victims transferred

3  considerable sums of money to Chartraw, via intermediaries in the Eastern District of

4  California, but were never repaid or given the investment collateral – the gold.

5  Chartraw then used the fraud proceeds for personal benefit, including the purchase of

6  the 2011 Cadillac Escalade.  The complaint alleges that the defendant vehicle is

7  property that constitutes or is derived from proceeds traceable to an offense

8  constituting "specified unlawful activity," specifically, violations of 18 U.S.C. § 1343,

9  and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. §

10  981(a)(1)(C).

11          On March 21, 2012, the Court issued an "Order Requiring Joint Status Report"

12  due within "sixty days of service of the complaint on any party."  That deadline is

13  currently May 25, 2012.

14          On April 18, 2012, Martha Chartraw filed an answer in this action.  Ms.

15  Chartraw's answer was filed within the applicable statutory deadlines governing *in

16  rem* cases.

17          To date, no other party has appeared in the action.[1]    However, Daniel

18  Chartraw's deadline to file a claim has not yet expired because he did not avail himself

19  to service given the pending criminal actions against him.

20

21                              **B.  Good Cause**

22          There is good cause to extend the deadline to file a joint status report in this

23  case from May 25, 2012 to July 10, 2012.

24          To date, all known potential claimants to the defendant property have been

25  served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

26

27          [1] Notice by publication is complete, as reflected in a declaration of publication filed

28  May 17, 2012.

Stipulation  and Order to Extend the
                                            Deadline to File a Joint Status Report

1  (2002) and the applicable statutory authority.   As detailed above, one party has filed

2  an answer to the defendant vehicle.  However, one other potential claimant, Mr.

3  Chartraw, has been served but his statutory time to file a claim has not yet expired.

4  The deadline for Mr. Chartraw to file a claim is May 29, 2012.

5         The extension of time will allow Mr. Chartraw to enter the case and jointly

6  participate in drafting the Joint Status Report.  It will further allow the United States

7  and the existing claimant to contemplate a satisfactory case resolution.

8         Whereas the United States provided notice of the forfeiture complaint to

9  potential claimants but needed additional time to notice all potential claimants.  And

10  whereas the extension of time will allow all potential claimants to enter the case and

11  jointly participate in drafting the Joint Status Report.  And whereas the extension of

12  time will further allow the United States and the existing claimant to contemplate a

13  satisfactory case resolution.  There is good cause to extend the deadline to file a joint

14  status report in this case from May 25, 2012 to July 10, 2012, or to extend the deadline

15  to file a joint status report to a date the Court deems acceptable.

16

17                                            Respectfully submitted,

18  Dated:   5/22/12                          BENJAMIN B. WAGNER
                                              United States Attorney

19

20                                      By:   /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
21                                            Assistant U.S. Attorney

22

23  Dated:   5/22/12                           /s/ Martha Chartraw
                                              MARTHA CHARTRAW
24                                            Claimant

25                                            (Signature retained by attorney)

26  ///

27  ///

28  ///

                                    3                  Stipulation  and Order to Extend the
                                                       Deadline to File a Joint Status Report

1                                      **ORDER**

2          Pursuant to the United States' request and good cause appearing, the Court

3    makes the following order:

4          The deadline to file a joint status report in this case is extended from May 25,

5    2012 to July 10, 2012.

6
          IT IS SO ORDERED.
7

8     Dated:  May 25, 2012

9

                                    _____
10                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        4              Stipulation  and Order to Extend the
                                                       Deadline to File a Joint Status Report