UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:12-cr-00184-WBS |
|       Plaintiff, | | |
|   v. | | **RELATED CASE ORDER** |
| DANIEL CHARTRAW, | | |
|       Defendant. | | |
| _____/ | | |
| UNITED STATES OF AMERICA, | | No. 2:12-cv-00707-MCE-CKD |
|       Plaintiff, | | |
|   v. | | |
| 2011 CADILLAC ESCALADE,<br>VIN: 1GYS4JEF1BR263641,<br>LICENSE NUMBER: 6NLT987, | | |
|       Defendant. | | |
| _____/ | | |

    The Court has received the Notice of Related Case filed on May 22, 2012.

    Examination of the above-entitled criminal and civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-cr-00184-WBS, United States of America v. Daniel Chartraw is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED.  This matter is set for a Status Conference on July 19, 2012 at 9:00 a.m. in Courtroom 7.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cr-00184-MCE.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: June 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE