BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987,<br><br>Defendant. | 2:12-CV-00707-MCE-CKD<br><br>ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 10, 2012 TO SEPTEMBER 5, 2012 |

**<u>ORDER</u>**

Pursuant to the United States' application and good cause appearing, the Court makes the following order:

The deadline to file a joint status report in this case is extended from July 10, 2012 to September 5, 2012.

IT IS SO ORDERED.

Dated:  July 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE