1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,            | 2:12-CV-00707-MCE-CKD
11 |         Plaintiff,                   |
12 |    v.                                | ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 10, 2012 TO SEPTEMBER 5, 2012
13 | 2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987, |
14 |                                      |
15 |         Defendant.                   |

16

17

18                          **ORDER**

19        Pursuant to the United States' application and good cause appearing, the Court
20 makes the following order:
21        The deadline to file a joint status report in this case is extended from July 10,
22 2012 to September 5, 2012.

23        IT IS SO ORDERED.
24 Dated:  July 13, 2012

25                                    _____
26                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
27

28

                        1       Order Granting Ex Parte Application to Continue the
                                Deadline to Submit a Joint Status Report