BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00707-MCE-CKD |
|---|---|
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| 2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against a 2011 Cadillac Escalade, VIN: 1GYS4JEF1BR263641, License Number: 6NLT987 ("defendant vehicle") seized on or about October 31, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 20, 2012, alleging that said defendant vehicle is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. On March 22, 2012, the Clerk issued a Warrant for Arrest for the defendant vehicle, and that warrant was duly executed on April 10, 2012.

4. Beginning on March 30, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 17, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a. Martha Chartraw

      b. Daniel Chartraw

      c. Louise K. Chartraw

6. Claimant Martha Chartraw filed an Answer on April 18, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired[1].

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Daniel Chartraw and Louise K. Chartraw on June 12, 2012.  Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Daniel Chartraw and Louise K. Chartraw without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Martha Chartraw and all other potential claimants who have not filed claims in this action.

3. All right, title, and interest of Martha Chartraw in the defendant 2011 Cadillac Escalade, VIN: 1GYS4JEF1BR263641, License Number: 6NLT987 shall be

---

[1] The United States has obtained pre-approval from the Asset Forfeiture and Money Laundering Section, Department of Justice, to allow the defendant vehicle's net sale proceeds to be distributed to the victims pursuant to the remission process, 28 C.F.R. § 9.4.

forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:  September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE